UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In Re. <br> WILLIAM CECIL THORNTON, <br> Plaintiff. | Case No. 16-cv-02723-LB <br><br> **ORDER OF DISMISSAL** <br> [Re: ECF No. 1 ] |

 This action was opened on May 19, 2016, when the court received from William Cecil Thornton a copy of documents from his health-care appeal at the Valley State Prison in Chowchilla, California, where he is incarcerated. On that date, the court notified Mr. Thornton in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The court further notified him that this action would be dismissed if he did not submit a complaint and *in forma pauperis* application within 28 days. Mr. Thornton then filed a consent to proceed before a magistrate judge (ECF No. 5[1]) and an *in forma pauperis* application (ECF No. 6), but did not file a complaint. This action is DISMISSED without prejudice because Mr. Thornton failed to file a complaint or other pleading showing the court has

---

[1] Record citations refer to material in the Electronic Case File (ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

1    jurisdiction over this action. The clerk shall close the file.

2    **IT IS SO ORDERED.**

3    Dated: August 5, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THORNTON,

      Plaintiff,

  v.

,

      Defendant.

Case No.  16-cv-02723-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Cecil Thornton ID: V64547
Valley State Prison
P.O. Box 92
Chowchilla, CA 93610-0099

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable LAUREL BEELER

3